

# Fourth Court of Appeals
## San Antonio, Texas

April 20, 2015

No. 04-15-00233-CV

Jeremiah **MARTIN**,
Appellant

v.

**FEDERAL NATIONAL MORTGAGE ASSOCIATION,**
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2015CV01933
Honorable David J. Rodriguez, Judge Presiding

# O R D E R

Sitting:      Marialyn Barnard, Justice
               Rebeca C. Martinez, Justice
               Patricia O. Alvarez, Justice

On February 3, 2015, the justice court rendered a judgment in favor of appellee Federal National Mortgage Association in a forcible entry and detainer action. Appellant Jeremiah A. Martin filed a notice of appeal in the county court. The county court dismissed the appeal. On April 16, 2015, appellant filed a notice of appeal, seeking review in this court of the county court's dismissal.

On April 17, 2015, appellant filed an "Emergency Motion for Temporary Restraining Order." We have reviewed the motion and find it is just that, a request for a temporary restraining order, asking this court "to dispense with the issuance of a bond" and temporarily enjoin appellee from evicting appellant from his residence. Appellant includes additional statements — irreparable harm, success on merits — that establish the relief sought is a temporary restraining order as opposed to any other type of relief. This court does not issue temporary restraining orders. Our ability to suspend the enforcement of judgments pending an appeal in a civil case is governed by Rule 24 of the Texas Rules of Appellate Procedure, which appellant did not invoke.

Accordingly, after reviewing appellant's motion, and the affidavit subsequently filed by his attorney, we **DENY** appellant's "Motion for Temporary Restraining Order." We **order** the clerk of this court to serve a copy of this motion on all counsel.

_____
Marialyn Barnard, Justice

       IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of April, 2015.

_____
Keith E. Hottle
Clerk of Court